755 A.2d 1293

Raymond SHELTON, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION & PAROLE,
Department of Corrections, Appellees.

No. 68 M.D. Appeal Docket 2000.

Supreme Court of Pennsylvania.

Aug. 2, 2000.

## ORDER

PER CURIAM:

AND NOW, this 2nd day of August, 2000, probable jurisdiction is herewith noted and the order appealed is affirmed.